IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DeROISE J. WASHINGTON, Rev., D.D. | ) ) ) | 4:07CV3125 |
| Plaintiff-Petitioner, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| DENNIS BAKEWELL, Warden, and NEBRASKA ATTORNEY GENERAL, | ) ) ) | |
| Defendants-Respondents. | ) | |

 This matter is before the court upon a "Motion for An Immediate Injunction" filed by the plaintiff-petitioner. Upon consideration of the motion, it is denied.

 IT IS ORDERED that the Motion for An Immediate Injunction (filing 4) is denied.

June 6, 2007.                              BY THE COURT:

                 *s/Richard G. Kopf*
                 United States District Judge