IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Rev. DeROISE J. WASHINGTON, D.D., | ) | CASE NO. 4:07CV3125 |
| | ) | |
| Petitioner, | ) | ORDER RESTRICTING |
| | ) | ACCESS OF PRESENTENCE |
| | ) | INVESTIGATION REPORT |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the Court on the respondent's motion to restrict access of the presentence investigation report (filing no. 26). The Court hereby sustains the motion and restricts access to the presentence investigation report (filing no. 27) to court users and case participants, due to the privileged nature of the document.

October 24, 2007                               BY THE COURT:


                                               *s/Richard G. Kopf*
                                               United States District Judge